**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Keishawn Cranford,

     Plaintiff(s),

v.

State of Nevada,

     Defendant(s).

Case No. 2:26-cv-00966-GMN-NJK

**Order**

On March 30, 2026, Plaintiff filed a "memorandum" to inform the Court as to what has "transpired over the past 16 months." Docket No. 1-1 at 1, 2. This document is not fashioned as a complaint and does not identify in any coherent fashion allegations or claims.[1] Plaintiff is a frequent litigant who has had several other cases against the State of Nevada. *See* Case Nos. 2:16-cv-00228-MMD-VCF, 2:16-cv-01755-APG-CWH, 2:17-cv-02643-APG-NJK, 3:21-cv-00386-CLB. This document appears to have been a filing that Plaintiff intended for one of his other cases, but he did not provide the case number on the document as is required. *See* Local Rule IA 10-2. Accordingly, it appears that this case was opened in error. The Clerk's Office is **INSTRUCTED** to administratively close this case and return this document to Plaintiff. If Plaintiff meant to file this document in another of his cases, he must include the corresponding case number of the document.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff also did not pay the filing fee or file an application to proceed *in forma pauperis*.

1